UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| JOANNE M. FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 13–cv–11873–RGS |
| | ) | |
| LAFAUCI DENTAL GROUP, P.C., | ) | |
| RICHARD LAFAUCI, DMD, and | ) | |
| JOSEPH NICOTERA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties hereby dismiss the above-entitled action and all

claims asserted in the action with prejudice and without costs, with all rights of appeal to be

waived.

| **JOANNE M. FLEMING** | **LAFAUCI  DENTAL GROUP, P.C., RICHARD LAFAUCI, DMD, and JOSEPH  NICOTERA** |
|---|---|
| By her Attorney, | By their attorneys, |
| */s/*John Davis, Esq. | /s/ Catherine E. Reuben |
| John W. Davis, Esq. (BBO # 648399) | Catherine E. Reuben, Esq. (BBO# 552379) |
| DAVIS & DAVIS, P.C. | HIRSCH ROBERTS WEINSTEIN LLP |
| 77 Franklin Street, 3rd Floor | 24 Federal Street, 12th Floor |
| Boston, MA 02210 | Boston, Massachusetts 02110 |
| (617) 338-5770 | (617) 348-4300 |
| jdavis@davisanddavispc.com | creuben@hrwlawyers.com |

Date:  January 21, 2014

{}

CERTIFICATE OF SERVICE

       I, Catherine E. Reuben, hereby certify that this document(s) was filed through the ECF system on January 21, 2014 and as a result will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Catherine E. Reuben_____
Catherine E. Reuben
